# EXHIBIT 2

| | | | | | |
|---|---|---|---|---|---|
| Grumpy Cat 2014 Wall Calendar | Visual Material | Grumpy Cat 2014 Wall Calendar | Grumpy Cat Limited | VA0001882406 | 9-Aug-13 |
| Grumpy Cat 2015 Wall Calendar | Visual Material | Grumpy Cat 2015 Wall Calendar | Grumpy Cat Limited | VA0001963544 | 22-Jul-14 |
| Grumpy Cat 2016 Wall Calendar | Visual Material | Grumpy Cat 2016 Wall Calendar | Grumpy Cat Limited | VA0001996074 | 10-Sep-15 |
| Grumpy Cat 2017 Wall Calendar | Visual Material | Grumpy Cat 2017 Wall Calendar | Grumpy Cat Limited | VA0002023702 | 7-Sep-16 |
| Grumpy Cat 2018 Wall Calendar | Visual Material | Grumpy Cat 2018 Wall Calendar | Grumpy Cat Limited | VA0002111353 | 11-Sep-17 |
| Grumpy Cat 2019 Wall Calendar | Visual Material | Grumpy Cat 2019 Wall Calendar | Grumpy Cat Limited | VA0002134675 | 27-Aug-18 |
| Grumpy Cat: A Grumpy Book | Visual Material | Book | Grumpy Cat Limited | VA0001886880 | 30-Sep-13 |
| Grumpy Cat Flexi Journal with Stickers | Visual Material | Book | Grumpy Cat Limited | VA0001966135 | 21-Apr-15 |
| Grumpy Cat Journal | Visual Material | Book | Grumpy Cat Limited | VA0001941449 | 7-Apr-14 |
| Grumpy Cat No-It-All | Visual Material | Book | Grumpy Cat Limited | VA0002008316 | 21-Dec-15 |
| Grumpy Cat Postcard Book | Visual Material | Book | Grumpy Cat Limited | VA0001962679 | 21-Apr-15 |
| Grumpy Cat's First Worst Christmas | Text | Book | Grumpy Cat Limited | TX0008617793 | 26-Mar-18 |
| The Grumpy Guide to Life | Visual Material | Book | Grumpy Cat Limited | VA0001939990 | 14-Oct-14 |
| Pokey/Tard the Grumpy Cat | Visual Material | Artwork, 1 p. | Grumpy Cat Limited | VA0001899887 | 18-Dec-13 |
| Tard the Grumpy Cat | Visual Material | Artwork, 1 p. | Grumpy Cat Limited | VA0001901628 | 18-Dec-13 |
| Image of cat on shirt | Visual Material | Electronic file (eService) | Tabathan & Bryan Bundesen (assigned to GCL) | VA0001859983 | 27-Dec-12 |
| Grumpy Cat | Visual Material | Electronic file (eService) | Bryan Bundesen (assigned to GCL) | VA0001849042 | 4-Dec-12 |
| Grumpy Cat | Visual Material | Electronic file (eService) | Bryan Bundesen (assigned to GCL) | VA0001849044 | 4-Dec-12 |
| Original Grumpy Cat Photo | Visual Material | Electronic file (eService) | Bryan Bundesen (assigned to GCL) | VA0001849043 | 4-Dec-12 |